[No. 25067-5-II.  Division Two.  October 6, 2000.]

BRENDA J. DREW, *Appellant,*

INSTITUTE OF COSMETOLOGY, LTD., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-12012-5, Sergio Armijo, J., entered August 13, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Houghton, J.

[No. 24780-1-II.  Division Two.  October 6, 2000.]

THE STATE OF WASHINGTON, *Respondent,* v. TED WAYNE RICHARDS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 99-1-00427-2, James Eldo Rulli, J., entered June 10, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Wang, JJ.

[No. 24777-1-II.  Division Two.  October 6, 2000.]

LEONARD WEBER, *Appellant,* v. THE DEPARTMENT OF TRANSPORTATION, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 98-2-00099-3, Richard D. Hicks, J., entered May 20, 1999. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Bridgewater, J.

[No. 24010-6-II.  Division Two.  October 6, 2000.]

THE STATE OF WASHINGTON, *Respondent,* v. RENOLD SHUFFORD, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-01072-1, Frederick W. Fleming, J., entered October 12, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Hunt, J.